### GODADDY.COM, LLC,
### Plaintiff-Appellee

v.

### RPOST COMMUNICATIONS LIMITED, Rmail Limited, RPost International Limited, RPost Holdings Incorporated, Defendants-Appellants

### 2016-2335

United States Court of Appeals, Federal Circuit.

May 5, 2017

BRIAN W. LACORTE, Ballard Spahr LLP, Phoenix, AZ, argued for plaintiff-appellee. Also represented by JONATHON A. TALCOTT, JESSICA A. WILSON.

LEWIS EMERY HUDNELL, III, Hudnell Law Group PC, Mountain View, CA, argued for defendants-appellants.

MAXIMILIAN A. GRANT, Latham & Watkins LLP, Washington, DC, for amicus curiae Endurance International Group, Inc. Also represented by GABRIEL BELL, ABIGAIL A. RIVES; RICHARD GREGORY FRENKEL, Menlo Park, CA.

CASEY L. GRIFFITH, Griffith Bates Champion & Harper LLP, Dallas, TX, for amicus curiae Raymond A. Mercado, Ph.D

(Dyk, Bryson, and Chen, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**